# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT  ANTIONE A/K/A ROBERT
ANTOINE

NO. 2024 KW 0334

**JULY 1, 2024**

---

In Re:     Robert Antione, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           07-17-0482.

---

**BEFORE:   THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's application for postconviction relief on June
10, 2024.

**MRT**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT